UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ON SITE ENERGY COMPANY, INC.,

                              Plaintiff(s),                    **ORDER**
                                                            CV10-1671(JS)(WDW)

          -against-

MTU ONSITE ENERGY CORP.,

                              Defendant(s).
-------------------------------------------------------------------X

**WALL, Magistrate Judge:**

        Before the court is the parties' joint motion to extend the discovery deadlines by an

additional three months.  DE[38]. The deadlines were previously extended for three months.  The

court will reluctantly adopt the new proposed scheduling order, with the proviso that **there will**

**be no further extensions of discovery deadlines in this matter**.  If the parties contemplate the

need for significant further discovery, whether in this country or in Germany, they had better

commence that discovery immediately.  The pretrial conference scheduled for 2/13/12 is

adjourned to 5/14/12 at 2p.m.

Dated:  Central Islip, New York                  **SO ORDERED:**
           December 7, 2011

                                          /s/ William D. Wall
                                       WILLIAM D. WALL
                                       United States Magistrate Judge