IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND DIVISION

|  |  |
|---|---|
| ON SITE ENERGY COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 2:10-cv-1671-JS-WDW |
| ) | |
| v. ) | **VERDICT SHEET** |
| ) | |
| MTU ONSITE ENERGY CORP., ) | |
| ) | [proposed by plaintiff] |
| Defendant. ) | |

I.   PLAINTIFF ON SITE ENERGY'S CAUSES OF ACTION

Has Plaintiff proven its first cause of action that Defendant infringed a registered service mark?

YES_____          NO_____

Has Plaintiff proven its second cause of action that Defendant infringed an unregistered trademark or service mark?

YES_____          NO_____

What amount of damages, if any, do you award to compensate Plaintiff?

$_____

Do you find that Defendant's infringement was fraudulent, willful, or in bad faith?

YES_____          NO_____

II.   DEFENDANT MTU ONSITE ENERGY'S COUNTERCLAIMS

Has Defendant proven its first counterclaim to cancel Plaintiff's federal registration?

YES_____          NO_____

Has Defendant proven its second counterclaim that ON SITE ENERGY is generic?

    YES_____        NO_____

Dated:    August_____, 2012

            Central Islip, New York

_____

        Foreperson

Certificate Of Service

I hereby certify that on July 16, 2012, On Site Energy's Proposed Verdict Sheet was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties:

| | | |
|---|---|---|
| Kathleen E. McCarthy<br>King & Spalding LLP<br>1185 Avenue of the<br>Americas<br>New York, NY 10036<br>212-556-2345<br>kmccarthy@kslaw.com | Amy E. Jones<br>King & Spalding LLP<br>1180 Peachtree Street<br>Atlanta, GA 30309<br>404-572-4600<br>404-572-5170 (fax)<br>ejones@kslaw.com | Erik J. Dykema<br>King & Spalding LLP<br>1185 Avenue Of The<br>Americas<br>New York, NY 10036<br>212-556-2100<br>212-556-2222 (fax)<br>edykema@kslaw.com |
| Yuridia Caire<br>King & Spalding<br>333 Twin Dolphin Drive<br>Suite 400<br>Redwood City, CA 94065<br>650-590-0703<br>650-590-1900 (fax) | Bruce W. Baber<br>King & Spalding LLP<br>1180 Peachtree Street<br>Atlanta, GA 30309<br>404-572-4600<br>404-572-5100 (fax)<br>bbaber@kslaw.com | David S. Desmond<br>Van Nostrand & Martin<br>P.O. Box 307<br>53 Broadway<br>Amityville, NY 11701<br>631-264-0303<br>631-264-0314 (fax)<br>daviddesmond@optonline.net |
| Linda D Kennedy<br>Rader, Fishman & Grauer<br>PLLC<br>39533 Woodward Avenue<br>Suite 140<br>Bloomfield Hills, MI 48304<br>248-594-0600<br>248-594-0610 (fax) | Bill C. Panagos<br>Rader, Fishman & Grauer<br>PLLC<br>39533 Woodward Ave<br>Suite 140<br>Bloomfield Hills, MI 48304<br>248-594-0600<br>248-594-0610 (fax)<br>bcp@raderfishman.com | |

s/Kurt Jones
Kurt N. Jones