Kathleen E. McCarthy (KM-9219)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036-4003
Tel: (212) 556-2100
Fax: (212) 556-2222
kmccarthy@kslaw.com
Attorneys for Defendant
MTU ONSITE ENERGY CORP.

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND DIVISION

| | |
|---|---|
| ON SITE ENERGY COMPANY, INC., | |
| Plaintiff, | Civil Action No. 2:10-cv-01671-JS-WDW |
| v. | |
| MTU ONSITE ENERGY CORP., | |
| Defendant. | |

## NOTICE TO TAX COSTS

**PLEASE TAKE NOTICE** that, upon the accompanying Bill of Costs and Itemization of Costs Pursuant to Local Rule 54.1, dated September 27, 2012, together with the Declaration of Kathleen E. McCarthy and exhibits attached thereto, and upon all prior proceedings herein, defendant MTU Onsite Energy Corporation ("MTU") notices before the Judgment Clerk the taxation of its attached Bill of Costs in the amount of $31,023.51, on October 9, 2012, at 10:00 a.m., or as soon thereafter as schedules may allow, at the United States District for the Eastern District of New York, 100 Federal Plaza, Central Islip, New York.

Executed: New York, New York
September 27, 2012

KING & SPALDING LLP

By: _____
Kathleen E. McCarthy (KM-9219)
Attorneys for Defendant

DMSLIBRARY01-19557565.2

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2012, a true and correct copy of the foregoing **NOTICE TO TAX COSTS** with related exhibits was electronically served by filing in the Court's CM/ECF system, which will automatically send email notification of such filing upon the following counsel of record:

>Kurt N. Jones
>Woodard Emhardt Moriarty McNett & Henry LLP
>111 Monument Circle, Suite 3700
>Indianapolis, IN 46204
>kjones@uspatent.com
>
>Jonathan Sinnreich
>Annalee Cataldo-Barile
>Sinnreich Kosadoff & Messina
>267 Carleton Avenue, Suit 30 I
>Central Islip, NY 11722
>abarile@skmlaw.net

s/Kathleen E. McCarthy<br>
Kathleen E. McCarthy